NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA ROBLES *individually and on behalf of all other persons similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>VORNADO REALTY TRUST et al,<br><br>Defendants. | Civil Action No. 15-1406 (JLL) (JAD)<br><br>**ORDER** |

**LINARES, District Judge.**

This matter comes before the Court upon Plaintiffs' Motion for Conditional Class Certification. (ECF No. 29). The Court has carefully considered the submissions made in support of and in opposition to the instant motion. Pursuant to Federal Rule of Civil Procedure 78, no oral argument was heard. For the reasons stated in this Court's corresponding Opinion,

IT IS on this 21 day of August, 2015,

**ORDERED** that Plaintiffs' Motion for Conditional Class Certification and Court-Authorized Notice, (ECF No. 29), is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Fair Labor Standards Act ("FLSA") claims in this case shall proceed as a conditionally certified collective action, under 29 U.S.C. § 216(b), on behalf of all current and former employees of Defendants, who were employed in the Financial Operations Department, including: 1) the Cash Applications Group; 2) the Accounts Receivable Billing

1

Group; and 3) Lease Administration for either Defendant Vornado Realty Trust or Defendant Urban Edge Properties at any time from February 24, 2012 to the present; and it is further

**ORDERED** that the language of the proposed FLSA Notice and Consent To Sue Form is approved as fair and accurate but the following alterations shall be made:

1. The section titled "YOUR RIGHT TO MAKE A CLAIM IN THIS CASE" must be altered to apply only to: 1) the Cash Applications Group; 2) the Accounts Receivable Billing Group; and 3) Lease Administration.

2. The section titled "STATUTE OF LIMITATIONS" must be altered to read as follows: The FLSA has a two-year statute of limitation and a maximum statute of limitations of three years. If you choose to join this lawsuit, you may be able to recover money damages if you were improperly denied overtime compensation for three years prior to the date you file your "Plaintiff Consent Form." However, it is your right to choose not to join in this action and file your own action with your own counsel at some future time, but some or all of your potential claims may later be barred by the statute of limitations.

3. The Section titled "EFFECT OF JOINING THIS CASE" shall also specify that opt-in plaintiffs are free to be represented by counsel of their choosing.

4. Defendants' Counsel's contact information shall be included.

**ORDERED** that within ten (10) days of the date of this Order, Defendants shall produce to Plaintiffs' counsel in Excel format, a mailing list containing the names, most recent known addresses and phone numbers, and email addresses of all persons described in Paragraph 1 of this Order, so that mailing and emailing of the notice may be timely accomplished. Defendants shall further produce to Plaintiffs' counsel within ten (10) days of any request by Plaintiffs' counsel all telephone numbers Defendants might have (if any) for any person described in Paragraph 1 of this Order whose FLSA Notice is returned by the Post Office as undeliverable or email is rejected. Use and possession of the information provided by Defendants pursuant to this paragraph shall be used

solely for the purpose of providing notice of this action to persons entitled to file Plaintiff Consent To Sue forms pursuant to paragraph 1 of this Order; and it is further

**ORDERED** that within thirty (30) and (60) days of the date of this Order, Defendants shall provide the approved FLSA Notice to all employees, who were employed in the Financial Operations Department, including: 1) the Cash Applications Group; 2) the Accounts Receivable Billing Group; and 3) Lease Administration; for either Defendant Vornado Realty Trust or Defendant Urban Edge Properties, along with copies of the Consent To Sue form; and it is further

**ORDERED** that within thirty (30) and sixty (60) days of the date of this Order, Defendants shall post a copy of the approved FLSA Notice in its Paramus, New Jersey offices in a conspicuous place for its employees to view; and it is further

**ORDERED** that to be considered timely filed, the Consent to Sue form must be received and filed/date stamped by the Court no later than ninety (90) days after the date which the FLSA Notice is mailed and emailed by Plaintiffs' counsel.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge