Anthony M. Rainone, Esq. (arainone@bracheichler.com)
Lucas A. Markowitz, Esq. (lmarkowitz@bracheichler.com)
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.5700
Facsimile: 973.228.7852
*Attorneys for Plaintiff Paula Robles,*
*individually and on behalf of all other persons similarly situated*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULA ROBLES, individually and on behalf of all other persons similarly situated,<br><br>                *Plaintiff,*<br><br>vs.<br><br>VORNADO REALTY TRUST, URBAN EDGE PROPERTIES, ABC COMPANIES 1-10 and JOHN DOES 1-10,<br><br>                *Defendants.* | Civil Case No. 2:15-cv-01406-JLL-JAD<br><br>~~        ~~ **ORDER** |

This matter having come before the Court on a motion by Plaintiff, individually and on behalf of all other persons similarly situated, for approval of the Collective Action Settlement Agreement, and the Court having considered the arguments and papers submitted herein, and for good cause shown;

**IT IS** on this ___8___ day of ___FEB___, 2016,

**ORDERED** that Plaintiffs' Motion for Approval of the Collective Action Settlement is hereby **GRANTED** in its entirety and this case is hereby **DISMISSED** with prejudice

DATED:

                                                        _____
                                                        **HON. JOSE L. LINARES, U.S.D.J.**

BE:8204808.1/ROB275-268411